# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| DAESANG CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 1:18-CV-00214-JRH-BKE |
| ) | |
| THE NUTRASWEET COMPANY, ) | |
| and MANUS BIO, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CONSENT MOTION FOR 30-DAY CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS

COME NOW Plaintiff Daesang Corporation ("Daesang" or "Plaintiff"), and Defendants The Nutrasweet Company ("Nutrasweet") and Manus Bio, Inc. ("Manus Bio") (collectively, "Defendants"), by and through their undersigned counsel, and hereby move for a 30-day continuance of the hearing on Defendants' Motion to Dismiss, pursuant to Local Rule 40.1, S.D. Ga., and show the Court the following:

1. On November 6, 2018, Plaintiff filed its Complaint for Avoidance of Transfers (the "Complaint") in the Superior Court for the County of Richmond, State of Georgia (Case No. 2018RCCV00566).

4841-9634-6034.2

2. Defendants filed a Notice of Removal on December 11, 2018, removing this action from the Superior Court of Richmond County, Georgia, to the United States District Court for the Southern District of Georgia, Augusta Division (Case No. 1:18-cv-00214).

3. Plaintiff filed its Amended Complaint on January 25, 2019 [Doc. 26].

4. On March 8, 2019, Defendants filed a Motion to Dismiss the Amended Complaint in its Entirety [Doc. 36] ("Motion to Dismiss").

5. Defendants also filed a Motion for Hearing on the Motion to Dismiss on April 22, 2019 [Doc. 44].

6. Plaintiff filed Responses to Defendants' two Motions [Docs. 41 and 47], and all parties filed additional briefs on the issues raised.

7. On April 5, 2019 the Court entered an Order [Doc. 40] granting the parties' request for a stay of discovery per the Report of Rule 26(f) Planning Meeting pending resolution of Defendants' Motion to Dismiss.

8. On January 21, 2020, this Court issued an Order [Doc. 66] granting in part and denying in part Defendants' Motion for Oral Hearing, and setting a hearing for January 30, 2020 on Defendants' Motion to Dismiss, and related issues.

9. The parties have been engaged in settlement discussions and exchanges of proposals to reach a resolution to this action. Despite continued recent discussions, the parties have not been able to reach a settlement at this time.

10. The parties do not anticipate reaching a settlement before the hearing on January 30, 2020, in part because Daesang, which is based in Korea, has been closed (and will remain closed through early next week) due to the Lunar New Year.

11. The parties agree that further settlement discussions are warranted and seek a short continuance to facilitate those discussions.  If successful, the parties anticipate a dismissal of this case.

WHEREFORE, all parties request that this Court grant their Consent Motion for Continuance from the hearing on January 30, 2020 to the next available calendar, if possible on a date approximately 30 days from January 30, 2020.  A proposed Order is submitted herewith.

Respectfully submitted this 27th day of January, 2020.

4841-9634-6034.2

| | |
|---|---|
| **FULCHER HAGLER LLP** | **MORGAN, LEWIS & BOCKIUS, LLP** |
| /s/ James W. Purcell <br> James W. Purcell <br> GA Bar No. 589850 <br> jpurcell@fulcherlaw.com <br> P.O. Box 1477 <br> Augusta, GA  30903-1477 <br> (706) 828-2613 (Telephone) | /s/ A. Lauren Carpenter <br> A. Lauren Carpenter <br> MA Bar No. 551258 <br> lauren.carpenter@morganlewis.com <br> Carl L. Solomont <br> MA Bar No. 557190 <br> carl.solomont@morganlewis.com <br> One Federal Street <br> Boston, MA 02110 <br> (617) 951-8669 (Telephone) |
| Attorneys for Defendant Manus Bio, Inc. | Attorneys for Defendant Manus Bio, Inc. |

4841-9634-6034.2

| **SPERLING & SLATER, P.C.** | **COLE SCHOTZ, P.C.** |
|---|---|
| /s/ Greg Shinall | /s/ Joseph Barbiere |
| Greg Shinall | Joseph Barbiere |
| IL Bar No. 6204392 | NJ Bar No. 021332000 |
| shinall@sperling-law.com | jbarbiere@coleschotz.com |
| Allison Margolies | Eric Latzer |
| IL Bar No. 6272661 | NJ Bar No. 023192011 |
| amargolies@sperling-law.com | elatzer@coleschotz.com |
| Sperling & Slater, P.C, | 25 Main Street |
| 55 West Monroe Street | Hackensack, NJ  07601 |
| Suite 3200 | (201) 489-3000 |
| Chicago, IL  60603 | |
| (312) 641-4873 | |
| | |
| **DAVID P. DEKLE, P.C.** | **KUTAK ROCK LLP** |
| /s/ David P. Dekle | /s/ Gregory R. Crochet |
| David P. Dekle | Gregory R. Crochet |
| GA Bar No. 216590 | GA Bar No. 196650 |
| ddekle@dviddeklelaw.com | greg.crochet@kutakrock.com |
| 3506 Professional Cir. | 303 Peachtree Street, N.E. |
| Suite A | Suite 2750 |
| Augusta, GA  30907 | Atlanta, GA  30308 |
| (706) 922-7460 | (404) 222-4600 |
| | |
| Attorneys for Defendant NutraSweet Company | Attorneys for Plaintiff Daesang Corporation |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing CONSENT MOTION FOR 30-DAY CONTINUANCE OF HEARING was filed electronically with the Clerk of the Court by use of the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

David P. Dekle, Esq.
David P. Dekle, PC
3506 Professional Circle
Suite A
Augusta, GA  30907

David E. Hudson, Esq.
Davis A. Dunaway, Esq.
Thomas L. Cathey, Esq.
Hull Barrett, P.C.
801 Broad Street, 7th Floor
Augusta, GA  30903

James W. Purcell, Esq.
Fulcher Hagler, LLC
P.O. Box 1477
Augusta, GA  30903-1477

Bret A. Beldt, Esq.
William C. Collins, Jr., Esq.
Burr & Forman, LLP
171 17th Street, NW, Suite 1100
Atlanta, GA  30363

Greg Shinall, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL  60603

A. Lauren Carpenter, Esq.
James W. Purcell, Esq.
Charles L. Solomont, Esq.
Morgan Lewis & Brockius, LLP
One Federal Street
Boston, MA  02110

This 27th day of January, 2020.

    /s/ Gregory R. Crochet
    Gregory R. Crochet

4841-9634-6034.2