# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

|  |  |
|---|---|
| DAESANG CORPORATION, | |
| Plaintiff, | CIVIL ACTION NO.  1:18-CV-00214-JRH-BKE |
| v. | |
| THE NUTRASWEET COMPANY, and MANUS BIO, INC., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff Daesang Corporation ("Plaintiff"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismisses Plaintiff's Complaint, and all claims and causes of action in the above civil action against Defendants The NutraSweet Company (now known as NSC, Inc.) and Manus Bio, Inc. ("Defendants") with prejudice.  Plaintiff and Defendants agree that each party shall be responsible for its own attorneys' fees, costs, and expenses incurred in this action.

Respectfully submitted this 23rd day of March, 2020.

| | |
|---|---|
| **KUTAK ROCK LLP** | **COLE SCHOTZ P.C.** |

/s/ Gregory R. Crochet
Gregory R. Crochet, Esq.
Georgia Bar No. 196650
greg.crochet@kutakrock.com
303 Peachtree Street, N.E.
Suite 2750
Atlanta, GA  30308
(404) 222-4600 (Telephone)
(404) 222-4654 (Facsimile)
Attorneys for Plaintiff

/s/ Eric Latzer
Joseph Barbiere
NJ Bar No. 021332000
jbarbiere@coleschotz.com
Eric Latzer
NJ Bar No. 023192011
elatzer@coleschotz.com
25 Main Street
Hackensack, NJ 07601
(201) 489-3000
Attorneys for Plaintiff

**FULCHER HAGLER LLP**

**MORGAN, LEWIS & BOCKIUS, LLP**

/s/ James W. Purcell
James W. Purcell, Esq.
Georgia Bar No. 589850
jpurcell@fulcherlaw.com
P.O. Box 1477
Augusta, GA 30903-1477
(706) 828-2613

Attorneys for Defendant, Manus Bio, Inc.

/s/ A. Lauren Carpenter
A. Lauren Carpenter
MA Bar No. 551258
lauren.carpenter@morganlewis.com
Charles L. Solomont
MA Bar No. 557190
carl.solomont@morganlewis.com
One Federal Street
Boston, MA 02110
(617) 951-8669 (Telephone)

Attorneys for Defendant, Manus Bio, Inc.

4816-5965-2024.1

| | |
|---|---|
| **SPERLING & SLATER, P.C.** | **DAVID P. DEKLE, P.C.** |

/s/ Allison Margolies                   /s/ David P. Dekle
Greg Shinall                            David P. Dekle
IL Bar No. 6204392                      GA Bar No. 216590
shinall@sperling-law.com                ddekle@daviddeklelaw.com
Allison Margolies                       3506 Professional Cir.
IL Bar No. 6272661                      Suite A
amargolies@sperling-law.com             August, GA 30907
55 West Monroe Street                   (706) 922-7460
Suite 3200
Chicago, IL 60603
(312) 641-4873
Attorneys for Defendant, The            Attorneys for Defendant, The NutraSweet
NutraSweet Company                      Company

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing STIPULATION OF
DISMISSAL WITH PREJUDICE was filed electronically with the Clerk of the
Court by use of the CM/ECF system, which will automatically send e-mail
notification of such filing to the following attorneys of record:

David P. Dekle, Esq.
David P. Dekle, PC
3506 Professional Circle
Suite A
Augusta, GA  30907

David E. Hudson, Esq.
Davis A. Dunaway, Esq.
Thomas L. Cathey, Esq.
Hull Barrett, P.C.
801 Broad Street, 7th Floor
Augusta, GA  30903

James W. Purcell, Esq.
Fulcher Hagler, LLC
P.O. Box 1477
Augusta, GA  30903-1477

Bret A. Beldt, Esq.
William C. Collins, Jr., Esq.
Burr & Forman, LLP
171 17th Street, NW, Suite 1100
Atlanta, GA  30363

Greg Shinall, Esq.
Allison Magolies, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL  60603

A. Lauren Carpenter, Esq.
James W. Purcell, Esq.
Charles L. Solomont, Esq.
Morgan Lewis & Brockius, LLP
One Federal Street
Boston, MA  02110

This the 23rd day of March, 2020.

/s/ Gregory R. Crochet

4